UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORESTE BRUZON #43855-019
FEDERAL CORRECTIONAL COMPLEX
LOW B-4 P.O.BOX.1031 COLEMAN
FLORIDA 33521-1031

Case: 1:07-cv-01393
Assigned To : Sullivan, Emmet G.
Assign. Date : 07/31/2007
Description: FOIA/PRIVACY ACT

v.

DRUG ENFORCEMENT ADMINISTRATION
DEFENDANT DEA.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

COMES NOW, Plaintiff, Oreste Bruzon files this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to order the production of agency records described herein.

## JURISDICTION

This Court has jurisdiction over this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(B).

## PARTIES

1. Plaintiff is presently an inmate at the Federal Correctional Complex Low in Coleman, Florida.

2. Defendant is an agency of the United States government, as defined by 5 U.S.C. § 552(a) and it has possession of and control over the record that Plaintiff seeks.

3. By letter dated June 13, 2006, Plaintiff requested that Defendant give him access to or copies of:

A DEA investigative report of Exhibit Six(6), which was introduced in Plaintiff's criminal trial.    The information pertains to Plaintiff.

**RECEIVED**

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A copy of the June 13, 2006 letter request is attached as "Exhibit A".

4. On October 5, 2006, Defendant acknowledge receiving Plaintiff's request and assigned it a number. "Exhibit B." Plaintiff was also instructed to complete the Department of Justice (DOJ), Certificate of Identity, Form 361. (Id.) Plaintiff complied and forwarded the form.

5. On December 7, 2006, Defendant sent a letter to Plaintiff, requesting for Plaintiff's arrest and/or sentencing date. "Exhibit C." In response, Plaintiff forwarded a letter along with the requested information. "Exhibit D."

6. On January 17, 2007, Defendant informed Plaintiff's that his request was placed on a waiting list for processing. "Exhibit E."

7. On February 27, 2007, in response to Plaintiff's request, Defendant claimed to have located four(4) pages, withheld three(3) and released one(1). "Exhibit F." However, Plaintiff did not receive the release page. "Exhibit G." Plaintiff appealed DEA's denial and over twenty working days have passed since DEA received that appeal.

8. Plaintiff has exhausted his administrative remedies under the Freedom of Information Act, 5 U.S.C. § 552(A)(6).

9. Plaintiff has a statutory right to the records that he seeks, and there is no legal basis for defendant's refusal to disclose them to him.

WHEREFORE, Plaintiff prays that this Court declares that Defendant's refusal to disclose the document requested by Plaintiff is unlawful and order Defendant to immediately process and release the requested document.

Dated: 6 - 19 - 0 7          Respectfully submitted,

Oreste Bruzon
Reg.No. 43855-019/Unit B4
Federal Correctional Complex Low
P.O. Box 1031
Coleman, Florida 33521

Received
Mail Room

JUN 2 8 2007

United States Courts of Appeals
District of Columbia Circuit

EXHIBIT. A

Exhibit A

TO:DEAR SIR OR MADAM:
FREEDOM OF INFORMATION OPERATION
UNIT, DRUG ENFORCEMENT ADMINISTRATION
DEPARTMENT OF JUSTICE
700 ARMY NAVY DRIVE
ARLINGTON VA 22202
========================================

RE: U.S.ORETES BRUZON:A.K.A. SANTO

CASE NO: 1:95-CR-537

DEAR SIR /MADAN

PURSUANT TO 5,U.S.C., 552 AND THE RELEVANT PROVISIONS OF YOUR AGENCY REGULATION
COVERING ACCESS TO THE RIGHT OF INFORMATION. I HEREBY IDENTIFY MYSELF:

I NOW MAKE THIS REQUEST FOR THE ENTIRE CENTRAL FILE THAT YOUR AGENCY AND OTHER
AGENCIES UNDER YOUR SUPERVISION REFERRED TO HEREINAFTER, HAS COMPLIED TO DATE
RELATING TO ME AND A LISTING OF WHOMEVER YOUR AGENCY OR OTHER BRANCHES UNDER YOUR
SUPERVISION MAY GAVE DISSEMINATED THIS FILE OR ANY PORTION THEREOF TO;THE REASON
FOR SUCH DISSEMINATION; AND THE SAME OF THE PERSON AND HIS TITLE REQUESTING SAME,
I WOULD LIKE THIS REQUEST TO BE FURNISHED AS COMPLETED **AS PERMITTED:**
**PURSUANT TO SECTION (D) (1) OF THE PRIVACY ACT OF 1974.** I WOULD ALSO LIKE TO HAVE
A COPY OF THE APPLICABLE REGULATIONS OF YOUR AGENCY AS PROVIDED FOR BY THE
FREEDOM OF INFORMATION ACT. SO THAT I MAY ADHERE TO THE APPROVED RULES AND
REGULATIONS FOR YOUR AGENCY.

AS YOU KNOW, INVESTIGATION RECORDS COMPILED FOR LAW ENFORCEMENT AGENCIES ARE NO
LONGER GENERALLY EXEMPTED FROM DISCLOSURE, BUT MAY BE INSPECTED BY THE COURTS
TO DETERMINE WHETHER THEY FALL WITHIN ANY OF THE SIX (6) SPECIFIED EXEMPT
CATEGORIES OF INVESTIGATING RECORDS DESCRIBED IN THE ACT.

ATACHED: APP:

IF FOR REASON IT IS BELIEVED THAT PORTIONS OF THE MATERIAL REQUESTED IS EXEMPT UNDER THE FREEDOM OF INFORMATION ACT **OR** THE PRIVACY **ACT** OF 1974. INITIALLY I CONSENT TO THE ISSUANCE OF AN ABRIDGED COPY DELETING ANY ALLEGEDLY EXEMPT MATERIAL.

THIS INITIAL CONSENT IS DESIGNATED TO OBTAIN DOCUMENTS REQUIRED AS QUICKLY AS POSSIBLE, AND IN NO WAY WAIVES MY RIGHT TO THE ENTIRE FILE WHICH AFTER I EXAMINE THE MATERIAL YOU DECIDE TO SEND, I MAY STILL CHOOSE TO PRESS FOR BY APPEAL THEREFROM AND DENIAL OF EXCISED PORTIONS.

THE RECORDS UNDER MY NAME FOR WHICH I SEEK DISCLOSURE WITH COPIES THEREOF ARE MAINTAINED BY THE FOLLOWING BRANCHES OF YOUR DEPARTMENT:


IN ATLANTA, FULTON COUNTY, GEORGIA, TRURSDAY,
OCTOBER 24, 1996, 8:34 A.M., IN OPEN COURT.
FOR ORESTE BRUZON: A.K.A. SANTO: GO JURY TRIAL:

CHARGED OF THE GOVERNMENT INDICTMENT
COUNT #3 OF 9-29-94.

MY REQUESTING IS THE REPORT OF THE
INVESTIGATIONS DATE 9-29-94,THE
GOVERNMENT REPORT "EXHIBIT #6"

CONTAINING THE ROUGHLY 490 6. GRAMS OF COCAINE

ORESTE BRUZON:

6-13-06
DATE

FROM: ORESTE BRUZON: A.K.A. SANTO
      FEDERAL CORRECTIONAL COMPLEX
      LOW B-3 P.O.BOX.1031 COLEMAN
      FLORIDA 33521-1033.

                                        SEE ATTACHED

PROSECUTOR AND RAI

**THIS PAGE IS AN EXAMPLE TO JURY TRIAL:**

**PAGE #437 LINES 17 TO25:**

I NEED ALL REPORT INVESTIGATION THE

CALLED AS A WITNESS BY THE UNITE

EXHIBIT #6 FROM 9-29-94, AND 490.6 GRAMS

TESTIFIED AS FOLLOWS: <u>RAUL MORALES.</u>

COCAINE. THIS IS ALL WHAT I NEED. THANK YOU.

**PROSECUTOR AND MORALES:**

PAGE #440 LINES 9 TO 10, PROSECUTOR. MR. MORALES, I M GOING TO SHOW YOU SEVERAL
EXHIBIT AT ONE TIME ONE IS MARKED GOVERNMENT **"EXHIBIT #6,"**ONE IS MARKED.LINE 21
THE GOVERNMENT **"EXHIBIT IS 6."** LINE 22 WILL ASK YOU TO START WITH 6.LINE 23 FOR
A MOMENT.WITH RESPECT TO GOVERNMENT **"EXHIBIT 6,"** CAN YOU TELL ME WHETHER OR NOT
THAT PACKAGE, GOVERNMENT **"EXHIBIT 6,."** IS FAMILIAR TO YOU? (CONTINUE) PAGE 445
LINES 1 TO 5, **MORALES:** I DID. **PROSECUTOR** WHAT IS THAT OPINION? **MORALES** ONE TIME
I FOUND DRUG HYDROCHCORIDE WITH A STRENGTH OF 80 PERCENT, AND THE **"NET WEIGHT,**
JUST THE WHITE SUBSTANCE, 83.6 GRAMS.

**PROSECUTOR AND RAUL MORALES**

**PAGE #442 LINE 20 TO 25.** PROSECUTOR: AND WHAT WAS THE WEIGHT? MORALES: 490.6GRAMS.
**PAGE443 LINES 7** PROSECUTOR: TO SAME WAY AS **"EXHIBIT** 6? MORALES YES.LINE 23
**"EXHIBIT6.**

**ATTORNEY DEFENDANT AND MORALES:**

**PAGE #445 LINES 21 TO 25,** ATTORNEY: WAS IT **"EXHIBIT #6"**THAT YOU IDENTIFIED AS
CONTAINING THE ROUGHLY 490 GRAMS OF THE DRUG AN I CORRECT ABOUT THAT? MORALES THE
BIGGEST NUMBER YES **"EXHIBIT 6.** **ATTORNEY:** AND ALL THIS IS **"EXHIBIT 6.? MORALES:**
**THERE NO 6-A?** MORALES: <u>NOT IN THIS CASE NO.</u> **NOTE: 6-A IS DOE NOT FINGERPRINT**
**"EXHIBIT #6.**

THE GOVERNMENT SAY EXHIBIT #6 IS
<u>THE COUNT #3 9-29-94 INDICTMENT</u>

## PRIVACT ACT IDENTIFICATION AND REQUEST FORM

TO: ASSISTANT ATTORNEY GENERAL
     CRIMINAL DIVISION, DEPARTMENT OF JUSTICE
     WASHINGTON, D.C. 20530

FILE NO. 1:95.CR-537
DATE:_____

Dear Sir/Madam:

Request is hereby made for access to records or information pertaining to me in the system(s) of records indicated on the attached list.

The following information is supplied to you pursuant to Department of Justice Regulations (28 C.F.R. 16.41) in order to identify myself and to assist in location my records:

1. Full Name (Please print): ORESTE BRUZON
      (Last)        (First)      (Middle in full)

2. Date of Birth: 18-7-1941   Place of Birth_____

3. Present address: FEDERAL CORRECTIONAL COLEMAN. B-3, P.O. BOX 1031, FL.

4. Prior address: ATLANTA GEORGIA

5. The approximate year or years during which you believe a record about you may have been created: 1996

6. The judicial district(s) or state(s) where the events occurred about which you believe a record may have been created: ATLANTA GEORGIA NORTHERN

7. If married, or divorced or separated, the full name of your spouse (if wife, include maiden name): ANA MARIA BRUZON

8. If the record you believe to exist about you includes arrest, trial, or conviction records:
    (a) The date of arrest, indictment or complaint against you:
       1-16, 1996 ARRECT
    (b) Approximate date of conviction:  (1987) 1987
    (c) Federal court and district in which trial or proceeding took place:
       NORTHERN DISTRICT ATLANTA GA
    (d) Federal offense(s) involved: CONSPIRACY
    (e) Names of codefendants (if any): JESUS BRUZON AND DIOSDADO MARRERO.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature _____





COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NUMBER |
| | ) | 1:95-CR-537 |
| PLAINTIFF | ) | |
| | ) | |
| VS. | ) | ATLANTA, GEORGIA |
| | ) | OCTOBER 24, 1996 |
| ORESTES BRUZON, A/K/A SANTOS; | ) | |
| JESUS E. BRUZON, A/K/A CHINO; | ) | |
| DIOSDADO MARRERO-DUQUE, A/K/A | ) | |
| LALO, | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | VOLUME THREE |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CLARENCE COOPER,
UNITED STATES DISTRICT JUDGE, AND A JURY

APPEARANCES:

FOR THE UNITED STATES:          LAWRENCE ANDERSON
                                JANICE JENKINS
                                ASSISTANT U. S. ATTORNEYS
                                ATLANTA, GEORGIA


FOR THE DEFENDANTS:

ORESTES BRUZON            DAVID H. JONES
JESUS E. BRUZON           MICHAEL KESSLER
DIOSDADO MARRERO          GARLAND BENNIE COOK, JR.
                          ATTORNEYS AT LAW
                          ATLANTA, GEORGIA


RUFUS L. HIXON
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
1714 U. S. DISTRICT COURTHOUSE
ATLANTA, GEORGIA  30303
(404) 331-3723

RUFUS L. HIXON

437

1   HONOR, BECAUSE MR. GAMARRA IS IN CUSTODY.

2           YOUR HONOR, I'VE GOT THE D.E.A. CHEMIST, WHO IS HERE.

3   I CAN TAKE HIM WHILE WE ARE WAITING.

4           THE COURT:  ALL RIGHT.  THANK YOU.

5           MR. ANDERSON:  IF I CAN HAVE A MINUTE SO I CAN MEET

6   HIM.

7           THE COURT:  ALL RIGHT.

8                   [PAUSE IN PROCEEDINGS]

9           THE COURT:  RAISE YOUR RIGHT HAND, PLEASE.

10          DO YOU SOLEMNLY SWEAR THAT THE EVIDENCE YOU SHALL

11  GIVE IN THE MATTER PENDING BEFORE THIS COURT SHALL BE THE

12  TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP YOU

13  GOD?

14          THE WITNESS:  I DO.

15          THE COURT:  THANK YOU.  PLEASE BE SEATED.

16                      — — —

17              R A U L   M O R A L E S

18  CALLED AS A WITNESS BY THE UNITED STATES, AFTER HAVING FIRST

19  BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

20                  DIRECT EXAMINATION

21  BY MR. ANDERSON:

22  Q.  PLEASE STATE YOUR NAME, SIR, AND SPELL YOUR LAST NAME.

23  A.  NAME IS RAUL MORALES, R-A-U-L, M-O-R-A-L-E-S.

24  Q.  MR. MORALES, HOW ARE YOU EMPLOYED?

25  A.  I AM A FORENSIC CHEMIST FOR DRUG ENFORCEMENT

438

1  ADMINISTRATION.

2  Q.  AND HOW LONG HAVE YOU BEEN A FORENSIC CHEMIST WITH THE

3  D.E.A.?

4  A.  VERY CLOSE TO SIX YEARS.

5  Q.  AND WHERE IS YOUR POST OF DUTY?

6  A.  IN MIAMI.

7  Q.  DURING YOUR SIX YEARS HAVE YOU SPENT MOST OF IT AS A

8  FORENSIC CHEMIST AT THE MIAMI LABORATORY?

9  A.  ALL THE TIME.

10 Q.  WHAT KIND OF TRAINING HAVE YOU HAD IN ORDER TO ENABLE YOU

11 TO BE A FORENSIC CHEMIST?

12 A.  1975 I FINISHED MY FIRST BACHELOR DEGREE IN CHEMISTRY IS

13 FROM HAVANA UNIVERSITY.  IN 1988 I FINISHED ANOTHER BACHELOR

14 DEGREE IN CHEMISTRY FROM FLORIDA INTERNATIONAL UNIVERSITY.

15 1990 I FINISHED A MASTER'S DEGREE IN CHEMISTRY FROM FLORIDA

16 INTERNATIONAL UNIVERSITY.  I HAVE BEEN A CHEMISTRY TEACHER

17 SINCE 1970 UP TO 1994.

18      WHEN I GOT INVOLVED IN THE D.E.A. FIELD, THEN I WENT

19 TO VIRGINIA, QUANTICO, F.B.I. ACADEMY, FOR THE THREE WEEKS'

20 TRAINING BASIC RELATIONS WITH THE D.E.A.  AND IN-HOUSE, MY

21 LABORATORY IN MIAMI, I WAS ABOUT SEVEN MONTHS OR MORE JUST

22 RECEIVING TRAINING WITH THE INSTRUMENTS THAT WE ARE SUPPOSED TO

23 USE, AND A LOT OF DIFFERENT DRUGS WERE GIVEN TO ME FOR

24 ANALYSIS, PLUS MANY OTHER SHORT COURSES THAT I HAVE GOTTEN IN

25 THIS SIX YEARS.

RUFUS L. HIXON

439

1   Q.   WOULD YOU ESTIMATE APPROXIMATELY HOW OFTEN YOU HAVE

2   ANALYZED SUSPECTED SAMPLES OF COCAINE?

3   A.   EXCUSE ME, SIR.   REPHRASE THAT QUESTION.

4   Q.   CAN YOU ESTIMATE HOW OFTEN YOU HAVE ANALYZED SUSPECTED

5   SAMPLES OF COCAINE DURING YOUR CAREER WITH THE D.E.A.?

6   A.   HOW OFTEN YOU -- I WOULD SAY ANYWHERE FROM 20 TO 35

7   DIFFERENT DRUGS EVERY MONTH.

8   Q.   HAVE YOU BEEN ACCEPTED TO TESTIFY AS AN EXPERT IN FORENSIC

9   CHEMISTRY IN ANY OTHER COURTROOM?

10  A.   YES, I HAVE.

11  Q.   FEDERAL COURT?

12  A.   FEDERAL COURTS.

13  Q.   AND, FINALLY, TELL US, IF YOU WOULD, WHAT DOES FORENSIC --

14  WHAT IS A FORENSIC CHEMIST?

15  A.   AS A FORENSIC CHEMIST IN D.E.A. LABORATORY I AM RESPONSIBLE

16  FOR THE IDENTIFICATION OF CONTROLLED SUBSTANCES, AND MANY

17  OCCASIONS WE HAVE TO DETERMINE THE PURITY OF THESE CONTROLLED

18  SUBSTANCES.   THAT'S MAINLY OUR WORK.

19          MR. ANDERSON:   YOUR HONOR, I WOULD PASS THE WITNESS

20  AS AN EXPERT IN FORENSIC CHEMISTRY.

21          THE COURT:   MR. COOK, MR. JONES, MR. KESSLER, EITHER

22  OF YOU WANT TO VOIR DIRE HIM?

23          MR. COOK:   NO, YOUR HONOR.

24          MR. JONES:   NO, YOUR HONOR.

25          MR. KESSLER:   NO, YOUR HONOR.

RUFUS L. HIXON

440

1          MR. COOK:  I STIPULATE IT.

2          THE COURT:  LET THE RECORD REFLECT THE COURT FINDS

3  THE WITNESS TO BE AN EXPERT IN THIS AREA.

4          YOU MAY PROCEED, MR. ANDERSON.

5          MR. ANDERSON:  THANK YOU VERY MUCH, YOUR HONOR.  MAY

6  I APPROACH, JUDGE?

7          THE COURT:  YES, PLEASE.

8  BY MR. ANDERSON:

9  Q.  MR. MORALES, I'M GOING TO SHOW YOU SEVERAL EXHIBITS AT ONE

10  TIME.  ONE IS MARKED GOVERNMENT'S EXHIBIT 6, ONE IS MARKED

11  GOVERNMENT'S EXHIBIT 13, ONE IS MARKED 13-A, ONE IS

12  GOVERNMENT'S EXHIBIT 15 -- WAIT A MINUTE, LET ME MAKE SURE I

13  HAVE THE RIGHT MARKINGS.

14          MR. ANDERSON:  EXCUSE ME, JUDGE.

15          THE COURT:  SURE.

16          MR. ANDERSON:  LET ME TRY THAT AGAIN.  SORRY.

17  MR. MORALES JUST GOT HERE FROM MIAMI, AND I HAVEN'T HAD A

18  CHANCE TO TALK WITH HIM.

19          THE COURT:  ALL RIGHT.

20  BY MR. ANDERSON:

21  Q.  GOVERNMENT'S EXHIBIT IS 6, 13, 13-A, 15, AND 15-A, AND I

22  WILL ASK YOU TO START WITH 6.  TAKE A LOOK AT IT, IF YOU WILL

23  FOR A MOMENT.  WITH RESPECT TO GOVERNMENT'S EXHIBIT 6, CAN YOU

24  TELL ME WHETHER OR NOT THAT PACKAGE, GOVERNMENT'S EXHIBIT 6, IS

25  FAMILIAR TO YOU?

RUFUS L. HIXON

441

1  A.  THIS IS FAMILIAR TO ME.

2  Q.  AND CAN YOU TELL ME HOW IT IS THAT IT IS FAMILIAR TO YOU?

3  A.  I AM ABLE TO RECOGNIZE THIS PACKAGE, BECAUSE, WHEN I DID

4  THE ANALYSIS ON THIS WHITE POWDER SUBSTANCE HERE, I INITIALED

5  -- I WROTE MY NAME HERE WITH THE LABORATORY NUMBER AND THE DATE

6  I DID THIS; PLUS INSIDE YOU CAN SEE THIS PLASTIC BAG MARKED

7  WITH MY INITIALS AND THE LABORATORY NUMBER THAT I WROTE MYSELF.

8  I KNOW THAT I DID THIS WORK HERE WITH MY INITIALS.  AND, WHEN I

9  FINISHED WITH MY ANALYSIS, I HEAT-SEALED THIS END WHICH I

10 OPENED BEFORE, AND HERE IS MY STICKER WITH MY SIGNATURE ON IT.

11 I RECOGNIZE THIS.

12 Q.  NOW, MR. MORALES, YOU SAID -- YOU TOLD THE JURY THAT YOU

13 CONDUCTED SOME TESTS ON THE CONTENTS OF THAT BAG.

14         FIRST OF ALL, CAN YOU TELL US APPROXIMATELY WHEN YOU

15 DID THAT?

16         THE WITNESS:  YOUR HONOR, MAY I APPROACH MY NOTES?

17         THE COURT:  SURE.

18 A.  I DID THE ANALYSIS OF THIS PARTICULAR EXHIBIT ON

19 10-17-1994.

20 Q.  WHAT KINDS OF TESTS DID YOU CONDUCT ON THE EXHIBIT?

21 A.  THERE ARE SEVERAL TYPES OF TESTS THAT WE PERFORM ON A

22 PARTICULAR EXHIBIT.  IN THIS CASE I DID A GAS CHROMATOGRAPH; I

23 USED ANOTHER INSTRUMENT NAMED INFRARED; AND AN INSTRUMENT

24 CALLED MASS SPECTROPHOTOMETER.  I DID A COLOR TEST.  I CHECKED

25 FOR THE PURITY OF THIS POWDER, THIS WHITE SUBSTANCE.  AND

442

1  THAT'S IT, MAINLY THOSE THREE INSTRUMENTS.

2  Q.  ARE ANY OF THOSE TESTS CONSIDERED DEFINITIVE FOR THE

3  PRESENCE OF COCAINE HYDROCHLORIDE?

4  A.  "DEFINITIVE" YOU SAY?

5  Q.  YES.

6  A.  WITH THE COMBINATION OF ALL THESE TESTS WE CAN REACH A

7  CONCLUSION, AND YOU ARE CORRECT.

8  Q.  THANK YOU.

9       NOW, AS A RESULT OF THOSE TESTS WERE YOU ABLE TO

10  ARRIVE AT AN OPINION AS TO WHAT THE CONTENT OF THAT BAG IS?

11  A.  YES, THAT'S CORRECT.

12  Q.  AND WHAT IS THAT OPINION?

13  A.  THIS PARTICULAR ONE, THE CONCLUSION IS THAT I FOUND COCAINE

14  HYDROCHLORIDE.

15  Q.  WHAT STRENGTH?

16  A.  86 PERCENT.

17  Q.  AND DID YOU ALSO HAVE OCCASION TO WEIGH JUST THE POWDER IN

18  THE BAG?

19  A.  I DID THAT.

20  Q.  AND WHAT WAS THE WEIGHT?

21  A.  490.6 GRAMS.

22  Q.  JUST A LITTLE BIT LESS THAN HALF A KILO?

23  A.  THAT'S CORRECT.

24  Q.  THANK YOU.

25       NOW, LET ME NEXT INVITE YOUR ATTENTION TO, FIRST OF

RUFUS L. HIXON

443

1  ALL, GOVERNMENT'S EXHIBITS 13 AND 13-A.

2  A.  13?

3  Q.  13 AND 13-A.  DO YOU SEE THOSE?

4  A.  YES, SIR.

5  Q.  ARE THE CONTENTS OF THOSE TWO PACKAGES FAMILIAR TO YOU?

6  A.  YES, THEY ARE, IN THE SAME WAY.

7  Q.  SAME WAY AS EXHIBIT 6?

8  A.  YES.  YOU CAN SEE MY INITIALS AND MY NAME HERE AND HERE.

9  Q.  IS THERE SOME RELATIONSHIP BETWEEN THE CONTENTS OF 13-A AND

10 13?

11 A.  YES, THERE ARE.

12 Q.  AND HOW?

13 A.  IT'S A FINGERPRINT SITUATION.

14 Q.  WELL, LET ME JUST ASK YOU, WHAT'S IN 13-A?  WHAT IS IT?

15 A.  13-A IS THE ORIGINAL WRAPPER THAT WAS WRAPPING THIS WHITE

16 SUBSTANCE.  I HAVE TO SUBMIT IT FOR FINGERPRINT BECAUSE OF

17 REQUEST TO ANALYSIS FOR FINGERPRINT.  THIS IS THE WRAPPER OF

18 THIS WHEN I HAD IT FIRST TIME.

19 Q.  OKAY.  DID YOU CONDUCT ANY TESTS ON THE CONTENTS OF WHAT --

20 OF THE BAG EXHIBIT 13?

21 A.  YES, I DID TESTS ON THIS WHITE SUBSTANCE.

22 Q.  AND WAS IT THE SAME TEST THAT YOU DESCRIBED EARLIER FOR

23 EXHIBIT 6?

24 A.  YES, THAT'S CORRECT, THE SAME TYPE OF TESTS.

25 Q.  AS A RESULT OF YOUR TESTS, WERE YOU ABLE TO ARRIVE AT AN

444

1  OPINION AS TO THE IDENTITY OF THE SUBSTANCE IN THAT BAG?

2  A.  THAT'S CORRECT.

3  Q.  AND WHAT IS THAT OPINION?

4  A.  THIS IS, ONE MORE TIME, COCAINE HYDROCHLORIDE, THE STRENGTH

5  OR PURITY 79 PERCENT.

6  Q.  WHAT'S THE NET WEIGHT OF THE PACKAGE?

7  A.  THE WEIGHT JUST OF THIS WHITE SUBSTANCE, 80.9 GRAMS.

8  Q.  APPROXIMATELY HOW MANY GRAMS ARE IN AN OUNCE?

9  A.  28.34.

10  Q.  TAKE A LOOK, IF YOU WILL, AT GOVERNMENT'S EXHIBIT 15 AND

11  15-A.  FIRST OF ALL, WHAT'S 15?  WELL, LET ME GO -- FIRST OF

12  ALL, WHAT'S 15-A?

13  A.  15-A?

14  Q.  WHAT'S THAT?

15  A.  THIS IS LIKE PLASTIC WRAPPERS AND SOME ALUMINUM FOIL.

16  THESE WERE ORIGINAL WHAT WAS WRAPPING THIS SUBSTANCE HERE.  I

17  HAD TO REMOVE FOR FINGERPRINT ANALYSIS.

18  Q.  WERE YOU ABLE TO MAKE ANY -- WERE YOU ABLE TO CONDUCT ANY

19  TESTS ON THE CONTENTS OF WHAT'S IN GOVERNMENT'S EXHIBIT 15?

20  A.  YES, I DID.

21  Q.  AND ARE THOSE TESTS SIMILAR TO THE TESTS YOU DESCRIBED A

22  MOMENT AGO?

23  A.  YES, THAT'S CORRECT.  I ALWAYS DID THE SAME TYPE OF TEST.

24  Q.  AS A RESULT OF YOUR TESTS ON THAT SUBSTANCE IN THAT BAG,

25  WERE YOU ABLE TO ARRIVE AT AN OPINION AS TO ITS IDENTITY?

RUFUS L. HIXON

445

1  A.  I DID.

2  Q.  WHAT IS THAT OPINION?

3  A.  ONE MORE TIME I FOUND COCAINE HYDROCHLORIDE WITH A STRENGTH

4  OF 80 PERCENT, AND THE NET WEIGHT, JUST THE WHITE SUBSTANCE,

5  83.6 GRAMS.

6           MR. ANDERSON:  EXCUSE ME.  THANK YOU.  THAT'S ALL,

7  JUDGE.

8           THE COURT:  THANK YOU.  MR. COOK.

9           MR. COOK:  YOUR HONOR, I DON'T BELIEVE I HAVE ANY

10 QUESTIONS.  I WOULD JUST LIKE TO SEE THE EXHIBITS JUST A

11 MOMENT.

12          THE COURT:  ALL RIGHT.

13          MR. COOK:  NO QUESTIONS.

14          THE COURT:  ALL RIGHT, MR. JONES.

15          MR. JONES:  THANK YOU, JUDGE.

16              - - - -

17             CROSS-EXAMINATION

18 BY MR. JONES:

19 Q.  DR. MORALES, I'M DAVE JONES.  JUST ONE OR TWO QUESTIONS FOR

20 YOU, SIR.

21          WAS IT EXHIBIT 6 THAT YOU IDENTIFIED AS CONTAINING

22 THE ROUGHLY 490 GRAMS OF COCAINE?  AM I CORRECT ABOUT THAT?

23 A.  THE BIGGEST NUMBER, YES, EXHIBIT 6.

24 Q.  AND ALL THIS IS EXHIBIT 6?  THERE'S NO 6-A?

25 A.  NOT IN THIS CASE, NO.

RUFUS L. HIXON

Received
in Room

JUN 2 2007

United States Courts of Appeals
District of Columbia Circuit

**U.S. Department of Justice**
Drug Enforcement Administration

EXHIBIT.. B
Exhibit B

*Case Number: 06-1380-P*

OCT 5 5 2006

*Subject of Request: BRUZON, ORESTE.*

Oreste Bruzon
Reg. No. 43855-019
FCC Coleman
P.O. Box 1032
Coleman, Florida 33521-1031

Dear Mr. Bruzon:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request for access to records pertaining to you.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

In regard to your reference to your Case Number **1:95-CR-537**, please be advised that DEA does not maintain its system of records using court case numbers; therefore, we are unable to determine what information, if any, is available to you pertaining to the above criminal court docket number. Instead, the DEA would only be able to provide *investigative reports* pertaining to you if the DEA participated in your investigation.

Before our office can proceed with processing your request, it will be necessary for you to submit the enclosed Department of Justice (DOJ), Certificate of Identity, Form 361, to ensure that we have the necessary search criteria to conduct an adequate search for any responsive records in the DEA database.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11.

Further, for purposes of assessing fees, your request has been categorized as *"all others"* in which you will be afforded two (2) hours of search and 100 pages of duplication at no charge. You will be responsible for all other fees incurred beyond the above threshold. At that time, the DEA will be able to provide you with an estimate of any fees for processing your request. However, upon receipt of all processing fees, the Drug Enforcement Administration (DEA) **cannot** guarantee that any records will be made available to you pursuant to the Freedom of Information Act, 5 U.S.C. § 552. *__It is requested that you provide this office with a statement which expresses your intent to pay fees associated with the processing of your request__.*

2

Please forward your response to the following address:

> Drug Enforcement Administration
> Operations Unit (SARO)
> FOI/Records Management Section
> Washington, D.C. 20537

To this end, no further action will be taken regarding your request until you have reformulated your initial request letter taking into consideration the information outlined above. At that time, the DEA will be able to provide you with an estimate of any fees for processing your request.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Enclosure

**U.S. Department of Justice**
Drug Enforcement Administration

Reg
Mail

JUN 2 2 2007

DEC 0 7 2006

*EXHIBIT. C*
*Exhibit C*

United States Courts of Appeals
District of Columbia Circuit
**Case Number: 06-1380-P**

**Subject of Request: Bruzon, Oreste**

Oreste Bruzon #43855-019
FCC Coleman Unit B4/Complex Low
P.O. Box 1031
Coleman, FL 33521

Dear Oreste Bruzon:

The Drug Enforcement Administration (DEA) has received your request for a status check on your initial Freedom of Information/Privacy Act (FOI/PA) request.

On October 5, 2006 a letter was sent to you from our office requesting that you complete the Department of Justice (DOJ), Certificate of Identity, Form 361 that was enclosed. We explained in that letter that before our office could proceed with processing your request, it would be necessary for you to complete and submit that form. Again we are enclosing a DOJ, Form 361 for you to complete and return to our office.

In reference to your Case Number <u>**1:95-CR-537,**</u> we informed you in our previous letter, that DEA does not index its investigative records using a Court/Criminal Case and/or Docket Number. Under the FOIA, agencies are not required to search for records not under the ***control and custody*** of that agency.

However, you could assist us in locating the information you seek by providing us with the date of your arrest and/or the date of your sentencing, along with any other information that will help us locate and retrieve the requested information.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00.

No further action will be taken regarding this request, until we are in receipt of the documentation requested above.

Sincerely,

Katherine Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Enclosure

**MISCELLANEOUS**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

vs

ORESTES BRUZON, aka Santos

AGENT TO ARREST

**WARRANT FOR ARREST**
UNDER SEAL

Case No.:    1:95-CR-537

To:   The United States Marshal
      and any Authorized United States Officer

      YOU ARE HEREBY COMMANDED to arrest ORESTES BRUZON

and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):

**CONSPIRACY/COCAINE**

in violation of Title 21, United States Code, Section(s) 841, 846

LUTHER D. THOMAS
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

December 6, 1995 at Atlanta, GA
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 1 7 1996

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

Bail Fixed at $_____ by_____
                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

**N/GA**

Date Received: _____

Name and Title of Arresting Officer

**DEA**

Date of Arrest:   **JAN 16 1996**

ROBERT H. McMICHAEL, II
Signature of Arresting Officer

FROM:.. ORESTE BRUZON: A.K.A. SANTO

FEDERAL CORRECTIONAL COMPLEX

LOW B-3 P.O.BOX 1031 COLEMAN

FLORIDA 33521-1031.

CASE NUMBER: 06-1380-P

TO:...DEAR: KATHERINE L. MYRICK: CHIEF,

OPERATIONS UNIT FOI-RECORDS

FOI-RECORDS MANAGEMENT SECTION

U.S.DEPARTMENT OF JUSTICE DRUG

ENFORCEMENT ADMINISTRATION

WASHINGTON, DC 20537

NOTE:.. TO DEAR: MYRICK: IN THIS CASE THE AGENTS (NAMED) MANUEL PEREZ: DANNY SINDALL AND JIN STEARNS:.. DATE ARREST JANUARY 16 1996: (SEE ATTACHE (A):..DATE JURY TRIAL. OCTOBER 23, 1996: (SEE ATTACHE: (B). DATE SENTENCE FEBRUARY 21, 1997: (SEE ATTACHE (C).

DEAR: MYRICK: I NEED ONLY ONE REPORT INSVESTIGATION) THE REPORT IS REPORT INVESTIGATION DATE 9-29-94 EXHIBIT #6 IS HALF- KILO THE COCAINE THE GOVERNMENT PRESENTED TO JURY TRIAL. THE AGENTS SAID I SOLD HALF KILO TO I.C. CAMACARO... SEE THE TRANSCRPT DAY THE JURY TRIAL ATTACHE (D)

ORESTE BRUZON: _Oreste Bruzon_ DATE 12-21-06 :

**U.S. Department of Justice**

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

**Full Name of Requester** [1]    ORETES BRUZON: A,K,A. SANTO

**Current Address**    FEDERAL CORRECTIONAL COMPLEX LOW B-3 P.O. BOX 1032 COLEMAN FL. 33521-1031

**Date of Birth**    7-18-1941.

**Place of Birth**    OLQUIN ORIENTE CUBA.

**Social Security Number** [2]    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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [3]    _Oreste Bruzon_    **Date** 12- 21- 06

---

## Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

---

(Print or Type Name)

---

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.



COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>ORESTES BRUZON, A/K/A SANTOS; )<br>JESUS E. BRUZON, A/K/A CHINO; )<br>DIOSDADO MARRERO-DUQUE, A/K/A )<br>LALO, )<br>)<br>DEFENDANTS )<br>―――――――――――――――――――――――――――――) | DOCKET NUMBER<br>1:95-CR-537<br><br><br><br>ATLANTA, GEORGIA<br>OCTOBER 24, 1996<br><br><br><br><br><br><br>VOLUME THREE |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CLARENCE COOPER,
UNITED STATES DISTRICT JUDGE, AND A JURY

APPEARANCES:

FOR THE UNITED STATES:        LAWRENCE ANDERSON
                              JANICE JENKINS
                              ASSISTANT U. S. ATTORNEYS
                              ATLANTA, GEORGIA

FOR THE DEFENDANTS:

        ORESTES BRUZON        DAVID H. JONES
        JESUS E. BRUZON       MICHAEL KESSLER
        DIOSDADO MARRERO      GARLAND BENNIE COOK, JR.
                              ATTORNEYS AT LAW
                              ATLANTA, GEORGIA

RUFUS L. HIXON
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
1714 U. S. DISTRICT COURTHOUSE
ATLANTA, GEORGIA  30303
(404) 331-3723

RUFUS L. HIXON

FROM:...ORESTE BRUZON: A.K.A. SANTO #43855-019     *EXHIBIT.. D*

FEDERAL CORRECTIONAL COMPLEX LOW

B-3 P.O.BOX. 1031 COLEMAN FLORIDA 33521-1031     *Exhibit D*

TO:...U.S.DEPARTMENT OF JUSTICE DRUG ENFORCEMENT

ADMINISTRATION WASHINGTON, DC 20537

CASE NUMBER: 06-1380-P

DERA: MS. KATHERINE L. MYRICK.

THE AGENT STEARNS, SPECIAL INVESTIGATION. THE ATLANTA GA "DEA" SAID IN JURY
TRIAL THAT HIS PART OF THE INVESTIGATION ON ORESTE BRUZON WAS WORKING WITH
C.I.CAMACARO, TO PURCHASE HALF A KILO OF COCAINE WHICH WAS DOVE ON 9-29-94. THE
AGENT SAID HIS SENT IT TO DEA MIAMI LABORATORY. THIS INVESTIGATION REPORT ITS
REFERENT TO AS "EXHIBIT #6 TO 9-29-94".

IN JURY TRIAL PROSECUTOR SAID THE HALF KILO
IS EXHIBIT #6.9-29-94.

"TO SPECIFIC" "ONLY" UNDER FILE "NO. G3-94-0100" A COPY OF DRUG EXHIBIT #6.9-
29-94" REPORT INVESTIGATION.

ORESTE BRUZO: A.K.A. SANTO: *Oreste Bruzon* DATED 10-19-06 :

*SEE: ATACH*

FROM:...ORESTE BRUZON: A.K.A. SANTO #43855-019    *EXHIBIT..D*

FEDERAL CORRECTIONAL COMPLEX LOW

B-3 P.O.BOX. 1031 COLEMAN FLORIDA 33521-1031

TO:...U.S.DEPARTMENT OF JUSTICE DRUG ENFORCEMENT

ADMINISTRATION WASHINGTON, DC 20537

### CASE NUMBER: 06-1380-P

DERA: MS. KATHERINE L. MYRICK.

THE AGENT STEARNS, SPECIAL INVESTIGATION. THE ATLANTA GA "DEA" SAID IN JURY
TRIAL THAT HIS PART OF THE INVESTIGATION ON ORESTE BRUZON WAS WORKING WITH
C.I.CAMACARO, TO PURCHASE HALF A KILO OF COCAINE WHICH WAS DOVE ON 9-29-94. THE
AGENT SAID HIS SENT IT TO DEA MIAMI LABORATORY. THIS INVESTIGATION REPORT ITS
REFERENT TO AS "**EXHIBIT #6 TO 9-29-94**".

IN JURY TRIAL PROSECUTOR SAID THE HALF KILO
IS EXHIBIT #6.9-29-94.

"TO SPECIFIC" "ONLY" UNDER FILE "NO. G3-94-0100" A COPY OF DRUG **EXHIBIT #6.9-
29-94"** REPORT INVESTIGATION.

ORESTE BRUZO: A.K.A. SANTO: *Oreste Bruzon* DATED 10-19-06 :

SEE: ATACH

**U.S. Department of Justice**

Drug Enforcement Administration

JUN 2 2 2007

United States Courts of Appeals
District of Columbia Circuit

EXHiBiT..E
Exhibit E

JAN 1 7 2007

**Case Number: 06-1380-P**

**Subject of Request:  Bruzon, Oreste**

Oreste Bruzon #43855-019
FCC Coleman Unit B4/Complex Low
P.O. Box 1031
Coleman, FL 33521

Dear Oreste Bruzon:

The Drug Enforcement Administration (DEA) has received your Certification of Identity form DOJ-361.

We have constituted your request as a "***Self/First Party***" request.  Accordingly, we have reopened your request and placed it on a list of requests waiting processing.  In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number.  Please include this number in any future correspondence to this office regarding this request.

As stated in our previous letter to you, by filing this request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11 up to $25.

Please be assured that your request is being handled as equitably as possible.  Upon completion of the initial search and/or processing, you will be notified of all applicable fees, ***and payment will be required prior to release of any records***.  If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

**U.S. Department of Justice**

Drug Enforcement Administration

EXHIBIT..F

Exhibit F

FEB ☐☐ ☐☐☐

*Case Number: 06-1380-P*

*Subject: BRUZON, ORESTE A.K.A. SANTO*

Oreste Bruzon
Reg. No. 43855-019
Federal Correctional Complex
P.O. Box 1031, Low B-4
Coleman, Florida 33521-1031

Dear Mr. Oreste Bruzon:

    This letter responds to your Privacy Act request dated December 21, 2006, addressed to the Drug Enforcement Administration (DEA), FOI/Records Management Section, Operations Unit (SARO), seeking access to information regarding a Report of Investigation dated September 29, 1994 and Exhibit #6 under investigative case file G3-94-0100.

    The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail. The document is being forwarded to you with this letter.

    A computerized search of the DEA Investigative Reporting and Filing System and the DEA Automated Intelligence Records System indicates that you have been named the subject of a DEA investigation and reported in investigations that resulted in your indictment and/or arrest. Additional information is enclosed with this letter.

    The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

Page Two

If you wish to appeal any denial of your request, you may do so within sixty (60) days from the date of this letter pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> CO-DIRECTOR
> OFFICE OF INFORMATION AND PRIVACY
> NYAV BUILDING, 11TH FLOOR
> WASHINGTON, D.C. 20530

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Number of pages withheld:    3

Number of pages released:    1

Number of pages referred:    0

**APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:**

Freedom of Information Act
5 U.S.C. 552

Privacy Act
5 U.S.C. 552a

| | | | | | |
|---|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [X] (b)(7)(C) | | [ ] (d)(5) | [ ] (k)(2) |
| [X] (b)(2) | [ ] (b)(6) | [X] (b)(7)(D) | | [X] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [X] (b)(7)(F) | | | |

Enclosures

# FREEDOM OF INFORMATION ACT
## SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

## PRIVACY ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

*EXHIBIT..G*

*Exhibit G*

Katherine L. Myrick
Cheif, Operations Unit
FOI/Records Management Section
U.S. Department of Justice
Drug Enforcement Administration
Washington, DC 20537

Re:   Freedom Of Information Request No. 06-1380-P, Subject Oreste Bruzon

Dear Mrs. Myrick:

On December 21, 2006, I submitted a request for the release of an Investigative Report regard drug Exhibit #6. Exhibit 6 was introduced as evidence against me at trial.

On February 7, 2007, your office forward me a response letter which suggested that three (3) pages were withheld and one (1) was released.

The letter also stated that [t]he [one page] document is being forwarded to [me] with [the] letter." See Attachment, Response Letter. There must be a mistake because I never received the Investigative Report of Exhibit #6 or any other documents.

Therefore, I would like for you to please send me a copy of the requested documents. Thank you in advance for your assistance and cooperation.

Dated: **3 - 12 - 07**

Sincerely,

*Oreste Bruzon*

Oreste Bruzon
Reg.No. 43855-019/Unit B4
Federal Correctional Complex Low
P.O. Box 1031
Coleman, Florida 33521

I
07-1393
EGS

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

Oreste Bruzon

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 43855-019

**DEFENDANTS**

DEA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

ATT
Case: 1:07-cv-01393
Assigned To : Sullivan, Emmet G.
Assign. Date : 07/31/2007
Description: FOIA/PRIVACY ACT

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSH**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 650 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ **G.** *Habeas Corpus/2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552-FOIA

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 7/31/07   SIGNATURE OF ATTORNEY OF RECORD  WCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd