UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ORESTE BRUZON**  )<br>**#43855-019/UNIT B4**  )<br>**Federal Correctional Complex-Low**  )<br>**P.O. Box 1031**  )<br>**Coleman, FL 33521**  )<br>                                                       )<br>                                                       )<br>                          **Plaintiff**         )<br>                                                       )<br>             v.                                     )<br>                                                       )<br>**DRUG ENFORCEMENT ADMINISTRATION**  )<br>**Department of Justice**  )<br>**Washington, D.C. 20530**  )<br>                                                       )<br>                          **Defendants.**   )<br>_____ ) | Civil Action No. 07-1393 (EGS)<br>(ECF) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Oliver McDaniel, Assistant United States Attorney, as counsel of record for the federal defendants, in the above-captioned case.

Respectfully submitted,

/s/
_____
OLIVER McDANIEL
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 616-0739
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of August, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, Oreste Bruzon, by postage prepaid mail addresses as follows:

ORESTE BRUZON  
#43855-019/Unit B4  
Federal Correctional Complex-Low  
P.O. Box 1031  
Coleman, FL 33521

/s/
_____  
OLIVER McDANIEL  
Assistant United States Attorney  
555 4th Street, NW  
Washington, DC 20530  
(202) 616-0739