UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ORESTE BRUZON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-01393 (EGS) |
| | ) |
| **DRUG ENFORCEMENT ADMINISTRATION,** | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from September 5, 2007, up to and including October 2, 2007. Counsel for the Defendant anticipates that this response will be in the form of a dispositive motion. Inasmuch as Plaintiff, *Pro se*, Oreste Bruzon, is a federal prisoner, Counsel for the Defendant did not attempt to contact him concerning his position on this motion.[1] As grounds for this motion, Defendant submits the following:

Counsel for the Defendant's demanding litigation schedule necessitates this request for an extension of time to draft the motion. Specifically, Counsel for the Defendant was scheduled to file

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

two substantial filings in the District Court on Wednesday, August 22, 2007: (1) a reply brief in the class action suit, Hubbard v. Potter, 03-1062 (RJL) and (2) a dispositive motion in Negley v. Federal Bureau of Investigation, 03-2126 (GK), for which filing Counsel sought and obtained an extension of time to file on August 24, 2007. Counsel must file the Exhibits for the Hubbard filing subsequently. In addition, Counsel has sought an extension until September 24, 2007 to file a response to the complaint in Rahman v. Johanns, 06-1283 (JDB).

Counsel also has significant obligations in the class action suit of Johnson v. District of Columbia, et al., 02-2364 (RMC): (1) a Response to Plaintiff's Motion for Class Certification due on August 30, 2007 and (2) several depositions during the week of August 27, 2007, for which witnesses must be prepared. Counsel for Defendant further has two matters in the U.S. Court of Appeals for the District of Columbia. Counsel also has an additional responsibilities in the Court of Appeals: on August 29, 2007, a final brief in Canadian Commercial and, on September 7, 2007, oral argument in Patterson v. Johnson, Appeal No. 05-5415. These and other personal and professional responsibilities of Counsel for the Defendant, including discovery in Title VII cases scheduled for the second week of September, necessitate this requested extension until October 2, 2007.

WHEREFORE, Defendant submits that this motion for an extension of time up to and including October 2, 2007, to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610


By:  _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2007, I caused the foregoing Defendant's Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Plaintiff *pro se* by mail, postage prepaid, addressed as follows:

**ORESTE BRUZON**
**#43855-019/UNIT B4**
**Federal Correctional Complex-Low**
**P.O. Box 1031**
**Coleman, FL 33521**

/s/
_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ORESTE BRUZON**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**DRUG ENFORCEMENT ADMINISTRATION,**<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-01393 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including October 2, 2007, to file an Answer or other response to the Complaint.

Date this ____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Oreste Bruzon
No. 43855-019
Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1031
Coleman, Fl 33521