UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ORESTE BRUZON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-01393 (EGS) |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S MOTION FOR A ONE-BUSINESS-DAY
### EXTENSION OF TIME TO FILE AN ANSWER OR
### OTHER RESPONSE TO THE COMPLAINT

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from October 2, 2007, up to and including October 3, 2007.  Counsel for the Defendant advises that this response will be in the form of a dispositive motion.  Inasmuch as Plaintiff, *Pro se*, Oreste Bruzon, is a federal prisoner, Counsel for the Defendant did not attempt to contact him concerning his position on this motion.[1] As grounds for this motion, Defendant submits the following:

Counsel for Defendant has an immediate need to contact Agency Counsel concerning the Defendant's position on the assertion of a defense in this matter.  However, Agency Counsel has

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  The Rule does not require counsel to discuss those motions with *pro se* litigants.  Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

been unreachable. Counsel has made several unsuccessful attempts but has not been able to speak with Agency Counsel. Counsel for the Defendant believes that within this requested one-business-day's period of time, Agency Counsel can be reached.

Counsel for the Defendant's demanding litigation schedule also necessitates this request for an extension of time to draft the motion. Specifically, Counsel for the Defendant is scheduled to file several substantial filings in the District Court during this week: (1) a dispositive motion in Rahman v. Connor, 06-01283 (JDB) due on Thursday, October 4, 2007, (2) a dispositive motion in Juarez v. F.B.I. et al., 07-0955 (RCL), (3) a response to a Complaint in Hewitt v. Rice, 07-1097 (RWR) a dispositive motion due on Thursday, October 4, 2007, and (4) an opposition memorandum in Negley v. Federal Bureau of Investigation, 03-2126 (GK) due on Friday, October 5, 2007. In addition, Counsel for Defendant had to file several discovery motions in Obrycki v. Perry, 05-0857 (RWR). These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested one-business-day extension until October 3, 2007.

WHEREFORE, Defendant submits that this motion for a one-business-day extension of time, up to and including October 3, 2007, to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2007, I caused the foregoing Defendant's Motion for a One-Business-Day Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Plaintiff *pro se* by mail, postage prepaid, addressed as follows:

**ORESTE BRUZON**
**#43855-019/UNIT B4**
**Federal Correctional Complex-Low**
**P.O. Box 1031**
**Coleman, FL 33521**

                                                      /s/
                                OLIVER W. McDANIEL, D.C. BAR # 377360
                                Assistant United States Attorney
                                Civil Division
                                555 Fourth Street, N.W.
                                Washington, D.C.  20530
                                (202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ORESTE BRUZON**<br><br>**Plaintiff,**<br><br>v.<br><br>**DRUG ENFORCEMENT ADMINISTRATION,**<br><br>**Defendant.** | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-01393 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Defendant's Motion for a One-Business-Day Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for a One-Business-Day Extension of Time be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including October 3, 2007, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Oreste Bruzon
No. 43855-019
Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1031
Coleman, Fl 33521