ON THE UNITED STATES OF AMERICA

FROM GRAND JURY THE GOVERNMENT CHARGES FIVE PEOPLE
TO 1990 TO 1995. AND ON ATLANTA GEORGIA NORTHERN

ORESTE BRUZO: A.K.A. SANTO: PRO-SE:

**RECEIVED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

DRUG ENFORCEMENT ADMINISTRATION

CIVIL ACTION N.07-01393(EGS)

THIS IS AMENDED TO HONORABLE COURT AND REPLY
TO OLIVER W. MCDANIEL, ASSISTANT UNITED STATES

ORESTE BRUZON: A.K.A. SANTO, AND PRO-SE
FEDERAL CORRECTIONAL COMPLEX LOW B-4
P.O.BOX. 1031 COLEMAN FLORIDA 33521-1031

ORESTE BRUZO: _Oreste Bruzon_ DATE 12/18/07  x

ON THIS 8TH DAY OF NOVEMBER 2007: I, RECEIVING CERTIFY THAT COURT OF, MR. OLIVER W. MCDANIEL ASSISTANT UNITED STATES. I, REPLY TO HI BECAUSE HI SAID. I DO NOT SAID.

ARGUMENT THE MR.MCDANIEL, SAY, ON FIRST PAGE. PLAINTIFF CASE OBTAIN HABEAS RELIEF. WHILE PLAINTIFF MOTION COULD HAVE BEEN WRITTEN USING MORE UNDERSTANDABLE PROSE, PLAINTIFF CONSISTENTLY ARGUES HIS INNOCENCE IN HIS CRIMINAL CASE IN THIS MOTION FOR SUMMARY JUDGMENT. SINCE THIS IS A CASE FILED UNDER THE FREEDOM OF INFORMATION ACT (FOIA), PLAINTIFF GUILTY OR INNOCENCE IN HIS CRIMINAL CASE CLEARLY IS NOT AN ISSUE. IN FACT, PLAINTIFF ARGUMENTS SUGGEST THAT HE IS ATTEMPTING TO USE THIS CIVIL ACTION TO LESSEN HIS SENTENCE, A MATTER PROPERLY ADVANCED USING A COURT HABEAS. ON PAGE #2 MR.MCDANIEL CONTINUES TO SAY THE PLAINTIFF DUE THIS ARGUMENT TO RELEASE HABEAS. ON PAGE #2 THE MR. MCDANIEL CONTINUES TO ADMINISTRATIVE REMEDIES.

MY REPLY TO HONORABLE COURT IS SEE ME ALL ARGUMENTS AND NEVER SAID ABOUT FOR HABEAS. ON ME MOTION ONLY SAID THE TRUTH AND BASED ON LAW BECAUSE THE AGENTS PRESENTED FALSE COUNTS AND MR. MCDANIEL HI NOT BECAUSE HE SAID ON THE REPLY TO ME THE **EXHIBIT #6 DO NOT IS THE PLAINTIFF** AND IS THE OTHER PEOPLE THIS IS THE TRUTH OR YOU NO. ON ME PETITION TO DRUG ENFORCEMENT ADMINISTRATION, AND TO THE COURT IS THE INFORMATION ABOUT THE DRUG THE COUNT #3 9-29-94. AND THE PROSECUTOR CLASSIFY "EXHIBIT 6" BUT THE MR. MCDANIEL. ASK TO COURT DISMISSAL ME MOTION. MR. MCDANIEL MI MOTION COULD HAVE BEEN WRITTEN USING MORE UNDERSTANDABLE PROSE, I DO NOT WRITTEN CORRECT BUT "ONLY LOOK FOR JUSTICE BASED ON LAW".

I, ASK TO HONORABLE COURT MY MOTION IS TO CLEAR THIS CASE AND PROVE BASED ON EVIDENCE THE AGENTS THE ATLANTA GEORGIA PRESENTED FALSE EVIDENCE TO ASSISTANT UNITED STATES, AND THE ATTORNEY USE THIS EVIDENCE FALSE ON JURY TRIAL. AND MR. MCDANIEL HI NOT THIS IS THE TRUTH. I ONLY ASK TO COURT IS CLEAR BASED THE TRUTH AND LAW. MORE INFORMATION ABOUT THE COUNT #3 AND 9-29-94 ALSO EXHIBIT #6.

ORESTE BRUZON _(signature)_ DATE 12/18/07 X

## MEMORANDUM OF LAW SUPPORT OF A MOTION NOVA

### THE DEFENDANT TO HONORABLE COURT ALSO MR. MCDANIEL

**STATEMENT OF ENTITLEMENT:** THE PETITIONER AS PROPIA PERSON PRO-SE IS ENTITLED TO A MORE LIBERAL REVIEW OF HIS "PETITION" (S) NOVA "ORESTE BRUZON PRO-SE" HAS BEEN WITHOUT COUNSEL AND THUS HE HAD TO UPON HIS VERY LIMITED LEGAL KNOWLEDGE AND THAT OF JAIL HOUSE LAWYERS THE LIMITED RESOURCES OF THE LAW LIBRARY. THUS, THE PETITIONER, APPEARING BEFORE THIS "HONORABLE COURT" LACKING COUNSEL, RESPECTFULLY PRAYS THIS COURT "GRANTED" HIM THE LENIENCY AND RIGHTS A PRO-SE LITIGANT DESERVES, AND TO CONSTRUE THIS INSIGHTFUL AND MOSKILLFUL PLEADING LIBERALLY. SEE EG, BOAG V. MCDOUGAL, 454 U.S. 364 (1982; HEINE V. KERNER, 404 U.S. 519 (1972): SIMON V. ABRUZZO, 49 F3D 83 (2ND CIR. 1995: AND THE HOLDING OF THE COURT IN U.S. V. SANCHE, F3D 1234 (D.C. CIR. 1996). WHERE IT FURTHER STATES THAT THE COURT WILL GO TO PARTICULAR PAINS PROTECT PRO-SE LITIGANTS AGAINST CONSEQUENCES OF TECHNICAL ERROR IF "JUSTICE" WOULD OTHERWISE RESULT. THEREFORE PRO-SE LITIGANTS ARE TO BE CONSTRUED LIBERALLY AND HELD A LESS STRINGENTLY STANDARD FORMAL PLEADING DRAFTED BY LAWYER; IF THE COURT CAN REASONABLY "READ" THE PLEADING TO STATES A VALID CLAM ON WHICH THE LITIGANT COULD PREVAIL, IT SHOULD DO SO DESPITE FAILURE TO CITE PROPER LEGAL AUTHORITY, CONFUSION OF LEGAL THEORIES, POOR SYNTAX AND CONSTRUCTION, OR LITIGANT UNFAMILIARITY WHITHER PLEADING REQUIREMENTS. SEE ALSO ARON V. U.S., 291 F3D 708 11TH CIR.

```
NOTED TO HONORABLE COURT ONLY I, NEED IS
PROOF THE TRUTH AND BASED ON THE LAW DO
NOT FOR PUT PEOPLE ON PRISON FOR ONE CRIME
I, DO NOT COMMIT THIS IS BASED ON JUSTICE.
THIS IS THE TRUTH HONORABLE COURT)(THANK YOU)
```